# THE MERMIGIS LAW GROUP, P.C.

85 Cold Spring Road
Syosset, NY 11791
516-353-0075
MermigisLaw@GMail.com

James Mermigis, Esq.                                           New York/Naples FL.

March 6, 2024

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Barry v. The Institutes, et al., 1:24-cv-09605-PAE

Dear Judge Engelmayer:

    I represent the Plaintiff, Michael Barry in this civil action. Plaintiff intends to file an Amended Complaint as of right pursuant to Fed. R. Civ. Rule 15(a)(1)(b).

    We thank this Honorable Court for its time and consideration.

Respectfully submitted,

/s/ James Mermigis

James G. Mermigis, Esq.