UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BARRY,<br><br>        Plaintiff,<br><br>  v.<br><br>THE INSTITUTES, THE INSURANCE INFORMATION INSTITUTE, INC. ("TRIPLE I") and SEAN KEVELIGHAN, in his capacity as CEO of TRIPLE I,<br><br>        Defendants. | Civil Action No. 1:24-cv-09605-PAE |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of their Motion to stay this action, Defendants The Institutes and Sean Kevelighan move this Court, before the Honorable Paul A. Engelmayer, at Thurgood Marshall United States Courthouse, Courtroom 1305, 40 Foley Square, New York, NY, for an Order staying this action and for such other and further relief as the Court deems just and proper.

Dated: May 28, 2025

Respectfully submitted,

**THE INSTITUTES and
SEAN KEVELIGHAN**

By counsel

/s/ *Tamara S. Grimm*
Tamara S. Grimm
Christopher M. Helsel
O'HAGAN MEYER, PLLC
Three Logan Square
1717 Arch Street, Suite 3910
Philadelphia, PA 19103
Telephone: (215) 461-3306
E: tgrimm@ohaganmeyer.com
   chelsel@ohaganmeyer.com

2

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2025, a true and exact copy of the foregoing was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Southern District of New York and that I served the same via electronic filing upon all counsel of record.

/s/ *Tamara S. Grimm*
Tamara S. Grimm

2