# O'HAGAN MEYER

### ATTORNEYS ▲ ADVISORS

Tamara S. Grimm
Direct: 215.461.3306
tgrimm@ohaganmeyer.com

Christopher Helsel
Direct: 703.775.8609
chelsel@ohaganmeyer.com

August 29, 2025

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  **Re:** *Michael Barry v. The Institutes, et al.,* **1:24-cv-09605**

Dear Judge Engelmayer,

  I write to update the court on the status of arbitration, as directed by the court's order dated May 29, 2025. As of this writing, the plaintiff has not commenced arbitration. Defense counsel has received correspondence from a new attorney, Joseph Labuda, who has been retained by the plaintiff, but Mr. Mermigis is still counsel of record in this action. Defense counsel reached out to both Mr. Mermigis and Mr. Labuda prior to sending this letter and did not receive a response from either.

    Respectfully Submitted,

    */s/ Christopher Helsel*
    Tamara S. Grimm
    Christopher M. Helsel

CC: James Mermigis (mermigislaw@gmail.com)
   Joseph Labuda (joe@mllaborlaw.com)