# O'HAGAN MEYER
### ATTORNEYS & ADVISORS

Tamara S. Grimm<br>
Direct: 215.461.3306<br>
tgrimm@ohaganmeyer.com<br>
<br>
Christopher Helsel<br>
Direct: 703.775.8609<br>
chelsel@ohaganmeyer.com

August 29, 2025

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *Michael Barry v. The Institutes, et al.*, 1:24-cv-09605

Dear Judge Engelmayer,

  I write to update the court on the status of arbitration, as directed by the court's order dated May 29, 2025. As of this writing, the plaintiff has not commenced arbitration. Defense counsel has received correspondence from a new attorney, Joseph Labuda, who has been retained by the plaintiff, but Mr. Mermigis is still counsel of record in this action. Defense counsel reached out to both Mr. Mermigis and Mr. Labuda prior to sending this letter and did not receive a response from either.

Respectfully Submitted,<br>
<br>
<i>/s/ Christopher Helsel</i><br>
Tamara S. Grimm<br>
Christopher M. Helsel

The Court thanks defense counsel for this status update. Plaintiff is directed to file a status update on or before Friday, September 5, 2025, as to the status of arbitration. Pursuant to the Court's May 29, 2025 Order, Dkt. 32, all future status updates shall be filed jointly to the docket of this case every three months until the resolution of arbitration.

SO ORDERED.

    *[signature: Paul A. Engelmayer]*
    _____
    PAUL A. ENGELMAYER
    United States District Judge

Date: September 2, 2025
New York, New York