# THE MERMIGIS LAW GROUP, P.C.
## 85 Cold Spring Road
## Syosset, NY 11791
## 516-353-0075
## MermigisLaw@GMail.com

James Mermigis, Esq.                                                                                                New York/Naples FL.
_____

September 5, 2025

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE: Barry v. The Institutes, et al. 1:24-cv-09605-PAE

Dear Judge Engelmayer:

    I write to update the court on the status of arbitration in the above-referenced matter. I am not admitted in the State of Pennsylvania. As a result, Plaintiff has retained local counsel.

    As of this writing, I can confirm that Plaintiff has not commenced arbitration.

                                       Respectfully submitted,

                                       */s/ James Mermigis*

                                       James Mermigis, Esq.