UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BARRY, Plaintiff, -v- THE INSTITUTES *et al.*, Defendants. | 24 Civ. 9605 (PAE) ORDER |

PAUL A. ENGELMAYER, District Judge:

This case is currently stayed pending arbitration. On September 10, 2025, counsel filed a joint status update on the docket. Dkt. 37. On September 11, 2025, the Court directed counsel to file a joint status update on December 11, 2025, and to continue to do so every three months thereafter until resolution of the arbitration. Dkt. 38.

Accordingly, the parties are directed to file a joint status update by August 14, 2026. Failure to do so may result in dismissal of this action for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: August 6, 2026
New York, New York