UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x    Case No.: 1:24-cv-09605

MICHAEL BARRY,

                             **Plaintiff,**                      **STIPULATION AND ORDER**
                                               **OF VOLUNTARY DISMISSAL**

      -against-

THE INSTITUTES, THE INSURANCE INFORMATION
INSTITUTE, INC. ("TRIPLE I") and SEAN
KEVELIGHAN, in his capacity as CEO of TRIPLE I,

                             **Defendants.**

----------------------------------------------------------------------x

     **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-captioned action is voluntarily dismissed, with prejudice, against The Institutes, The Insurance Information Institute, Inc. and Sean Kevelighan (collectively, "Defendants") pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

     **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts by facsimile or electronic signature, with such facsimile or electronic signature having the same effect as an original signature for purposes of this Stipulation.


Dated: Lake Success, New York
       August 12, 2026

_____              _____

Joseph M. Labuda, Esq.                      Tamara Grimm
MILMAN LABUDA LAW GROUP PLLC     O'HAGAN MEYER PLLC
3000 Marcus Avenue, Suite 3W8         1717 Arch Street, Ste 3910
Lake Success, NY 11042-1073           Philadelphia, PA 19103
*Attorneys for Plaintiff*                 *Attorneys for Defendants*


**SO ORDERED:**

August __, 2026                     _____
                                           **U.S.D.J.**