UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x    Case No.: 1:24-cv-09605

MICHAEL BARRY,

                                        Plaintiff,          **STIPULATION AND ORDER
                                                            OF VOLUNTARY DISMISSAL**

          -against-

THE INSTITUTES, THE INSURANCE INFORMATION
INSTITUTE, INC. ("TRIPLE I") and SEAN
KEVELIGHAN, in his capacity as CEO of TRIPLE I,

                                        Defendants.

-------------------------------------------------------------------x

          **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that
the above-captioned action is voluntarily dismissed, with prejudice, against The Institutes, The
Insurance Information Institute, Inc. and Sean Kevelighan (collectively, "Defendants") pursuant
to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

          **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in
counterparts by facsimile or electronic signature, with such facsimile or electronic signature having
the same effect as an original signature for purposes of this Stipulation.

Dated:  Lake Success, New York
        August 7, 2026

_____          _____
Joseph M. Labuda, Esq.              Tamara Grimm
MILMAN LABUDA LAW GROUP PLLC        O'HAGAN MEYER PLLC
3000 Marcus Avenue, Suite 3W8       1717 Arch Street, Ste 3910
Lake Success, NY 11042-1073         Philadelphia, PA 19103
*Attorneys for Plaintiff*            *Attorneys for Defendants*

**SO ORDERED:**

August 11, 2026
                                   _____
                                              **U.S.D.J.**